UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIFFANY ROBERTS,<br><br>                     Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                     Defendant. | No.   2:13-CV-3114-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

      Before the Court is Magistrate Judge Bianchini's January 16, 2015 Report and Recommendation, ECF No. 29, which recommends that the Social Security Commissioner's Motion for Summary Judgment, ECF No. 27, be denied and the Plaintiff's Motion for Summary Judgment, ECF No. 23, be granted. No objections to the Report and Recommendation have been filed.

      The Magistrate Judge found that the ALJ's consideration of Plaintiff's credibility and assessment of the medical expert's opinion were legally insufficient. ECF No. 29 at 23. Further, the Magistrate Judge also found that the record was complete and that the ALJ's determination should be reversed and the matter remanded for the determination of the disability benefit. *Id.*

ORDER **-** 1

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct.  Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 29**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 23**, is **GRANTED**.

3. Defendant's Motion for Summary Judgment, **ECF No. 27**, is **DENIED**.

4. The case is **REMANDED** to the Commissioner of Social Security for a determination of benefits consistent with the Report and Recommendation.

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Bianchini.

**DATED** this 21st day of January 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2013\Roberts v. Colvin-3114\ord.accept.rr.lc2.docx

ORDER **-** 2